JOSEPH RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICAN,** | No. C-08-05640-JSW |
| **Appellant** | BAP No. : NC-08-1325 |
| v. | Bankr. Case No. 03-32715 (DM)<br>**Chapter 7** |
| **BROBECK, PHLEGER & HARRISON LLP,** | **STIPULATION TO DISMISS APPEAL** and [~~Proposed~~] **ORDER** |

   Appellant, United States of America, on behalf of it's agency the Internal Revenue Service, and Jeffrey Garfinkle, Appellee, the parties to this Appeal, hereby Stipulate to Dismissal of the Appeal pursuant to Rule 8001(c)(2) of the Federal Rules of Appellate Procedure. .

Date: <u>January 5, 2009</u>                  Respectfully submitted,

                              JOSEPH RUSSONIELLO
                              United States Attorney

                              /s/ Cynthia Stier
                              CYNTHIA STIER
                              Assistant United States Attorney
                                   Attorney for Appellant, United States

Date: <u>December 31, 2008    </u>      /s/ Jeffrey Garfinkle
                              JEFFREY K. GARFINKLE, Esq.
                              20 Groveside Dr.
                              Aliso Viejo, CA 92656
                                   Attorney for Appellee, Jeffrey Garfinkle

1 | ORDER

2 | Pursuant to the Stipulation filed by the parties to this appeal, the Court HEREBY ORDERS
3 | pursuant to Rule 8001(c)(2) of the Federal Rules of Appellate Procedure, this Appeal is
4 | DISMISSED.

6 | IT IS SO ORDERED.

7 | DATED: January 6, 2009

8 | JEFFREY S. WHITE
United States District Judge

28 | Stipulation to Dismiss Appeal
and [Proposed] Order,
Case No. C-08-05640-JSW

2